# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Kevin Phillips, | Civil No. 09-2447 (RHK/FLN) |
| Plaintiff, | **ORDER OF PARTIAL DISMISSAL WITH PREJUDICE** |
| vs. | |
| Speedway SuperAmerica LLC, a wholly owned subsidiary of Marathon Petroleum Company, LLC, | |
| Defendant. | |

---

Pursuant to the parties' Stipulation of Partial Dismissal With Prejudice (Doc. No. 14), **IT IS ORDERED** that Plaintiff's claims for assault, battery, false imprisonment, slander, and 18 U.S.C. §1514(c)(1) are **DISMISSED WITH PREJUDICE** and on the merits, and without costs to either party.

Dated: November 2, 2009

                                                  s/Richard H. Kyle  
                                                  RICHARD H. KYLE  
                                                  United States District Judge